AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DELGADO-COLON, AIDA M | 2. Court or Organization  DISTRICT COURT OF PUERTO RICO | 3. Date of Report  05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ARTICLE III (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial    ☒ Annual    ☐ Final  5b.   ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  SUITE 470, FEDERAL BUILDING  150 CHARDON AVENUE  SAN JUAN PR 00918 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2006 MAY 15 A 8:57 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Caribe Federal Credit Union | B | Dividend | K | T | EXEMPT | | | | |
| 2. IRA - Coop. Seguros de Vida (Annuity Contract) | B | Interest | K | T | | | | | |
| 3. Fidelity Investment Asset Manager | A | Dividend | J | T | | | | | |
| 4. Opportunity Funds/Wells Fargo Adv. Funds (Prev. Strong) | B | Dividend | K | T | | | | | |
| 5. Oriental Bank - Investors IRA | A | Dividend | J | T | | | | | |
| 6. Oriental Bank - Investors IRA | A | Dividend | J | T | | | | | |
| 7. Equitable: Alliance Common Stock/Mercury basic | None | None | J | T | | | | | |
| 8. Oriental Bank-Investors IRA | A | Dividend | J | T | Roll Over | 5/17 | | | |
| 9. Banco Popular-6 (CD) IRAS | B | Interest | K | T | | | | | |
| 10. Coop. Ahorro y Credito/Value Equity | E | Interest | K | T | | | | | |
| 11. Oriental Bank & Trust-Diversified Growth IRA | B | Dividend | J | T | Roll Over | 5/19 | | | |
| 12. Banco Popular-CD | A | Interest | K | T | | | | | |
| 13. Real Estate Property #1 (12.5% Interest) | None | None | M | Q | | | | | |
| 14. Real Estate Property#2 (12.5% Interest) | None | None | M | Q | | | | | |
| 15. Interst in Business (12.5%) | None | None | M | W | | | | | |
| 16. Oriental Bank Trust-CD-IRA | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Caribe Federal Credit Union; San Juan, P.R. (Cash on hand).

2. IRA is composed of funds invested in values or bonds issued by the Commonwealth of Puerto Rico.

3. Fidelity Asset Manager - On the equity portion (54.4%) of the portfoloio it invests in approximately 1,847 different stocks. A 31.3% of the portfoloio is invested in bonds of which an even distribution (50%) is allocated between U.S. bonds and different corporation. A 14.3% is invested in money market.

4. The funds now managed by Wells Fargo, Advantage Funds were previously managed by Strong Funds. The transfer of brokerage results from a company merge. The Opportunity Funds are invested primarily in mid-size companies, blending the type of investment (Ex: Value & Growth).

5. Investors IRA, Oriental Bank and Trust.

6. Investors IRA, Oriental Bank and Trust.

7. Equitable Life Insurance: (Flexible Premium Life Insurance Incentive Life; composed of Alliance Common Stock and Alliance Money Market.

8. Investors IRA, Oriental Bank & Trust: Balance was transferred to a CD-IRA with Banco Popular on 5/17/05. The Oriental Bank account matured on 4/30/05. Its balance is part of the aggregated value reported for Banco Popular-CD IRAs under Item #9. So is the IRA account opened with Banco Popular as of 4/06/05.

9. Banco Popular de P.R. - accounts are at a fixed interest and are not invested in market.

10. In late 2001 or early 2002, I found out that ███████ had opened this savings account under my name. Thus, it was reported in the AO-10 financial reports of 2002-2004. (Upon ███████ death on January 20, 2003, said funds were transferred under the estate and/or ███████████

11. Funds were converted on 5/19/05 to a CD-IRA account with Oriental Bank & Trust (now lited under Item #16).

12. CD Account, Banco Popular de P.R. I appear as co-signer/co-owner.

13. Real Estate Property No. 1 - Residential Property: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

14. Real Estate Property No. 2 - 29 acres of land: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

15. Centro Agricola (Agricultural Center). My interest of participation amounts to a 12.5%. Have no participation in daily operation of the business or managerial decisions. No income or benefis are being received

16. Account opened on 5/19/05 and includes the amounts rolled over from account under Item #11.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___ 5/11/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544